982 A.2d 986

Alfonso **DORSEY,** Appellant

v.

Jeffrey A. **BEARD, PH.D.** and Dept.
of Corrections, et al., Appellees.

Supreme Court of Pennsylvania.

Nov. 18, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of November, 2009, the Order of the Commonwealth Court is **AFFIRMED.**